IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA SLACK, Individually and as the Surviving mother of CHARLES ROUNDTREE JR., BERNICE ROUNDTREE as the representative of the estate of CHARLES ROUNDTREE, JR. and all Statutory Beneficiaries and TAYLOR SINGLETON<br>*Plaintiffs,*<br><br>V.<br><br>THE CITY OF SAN ANTONIO, TEXAS AND STEVE CASANOVA<br>*Defendants.* | § § § § § § § § § § § § § § § § § | CIVIL NO. 5:18-CV-1117-FB |

## ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant STEVE CASANOVA ("Casanova") files this Alternative Dispute Resolution Report pursuant to this Court's Scheduling Order, dated February 14, 2019. [Dkt No. 18].

1.   Counsel for Defendant Casanova informed the client of the alternative dispute resolution procedures available in the Western District of Texas.

2.   Plaintiff has not submitted a written settlement offer to Defendant Casanova. Plaintiffs' deadline to submit a written settlement offer is February 28, 2019. Defendant Casanova will respond to the offer on or before March 14, 2019, if Plaintiff's demand is timely submitted.

3.   The individuals responsible for settlement negotiations on behalf of Defendant Casanova are Patrick Bernal and Adolfo Ruiz.

4.      Defendant Casanova Defendant recognizes ADR methods approved by this Court, but feels at this time, alternative dispute resolution is premature pending further discovery. The parties are just beginning formal discovery. Mediation may be appropriate at a later stage in these proceedings after appropriate discovery and further case development.

Signed this 27 day of February, 2019.

                Respectfully submitted,

                DENTON NAVARRO ROCHA BERNAL & ZECH
                A Professional Corporation
                2517 N. Main Avenue
                San Antonio, Texas 78212
                Telephone:   (210) 227-3243
                Facsimile:   (210) 225-4481
                patrick.bernal@rampage-sa.com
                adolfo.ruiz@rampage-sa.com

BY: _____
       PATRICK C. BERNAL
       State Bar No. 02208750
       ADOLFO RUIZ
       State Bar No. 17385600
       ATTORNEYS FOR DEFENDANT
       STEVE CASANOVA

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this ___ day of February, 2019, to the following:

Daryl K. Washington            **E-NOTIFICATION**
Washington Law Firm, PC
325 N. St. Paul, Suite 3950
Dallas, Texas 75201
*Counsel for Plaintiffs*

Logan Lewis                    **E-NOTIFICATION**
Assistant City Attorney
Litigation Division
Office of City of San Antonio
100 W. Houston St., 18th Floor
San Antonio, Texas 78205
*Counsel for Defendant COSA*

_____
PATRICK C. BERNAL
ADOLFO RUIZ

F:\Slack, P v COSA (45281)\Pleadings\Drafts\Def Casanova ADR Report 2019 0227.doc