IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA SLACK, INDIVIDUALLY AND AS THE SURVIVING MOTHER OF CHARLES ROUNDTREE, JR.; TAYLOR SINGLETON, BERNICE ROUNDTREE, AS REPRESENTATIVE OF THE ESTATE OF CHARLES ROUNDTREE, JR., AND THE STATUTORY BENEFICIARIES, K.W., THE SURVIVING SON OF CHARLES ROUNDTREE, JR., AND THROUGH HIS NEXT FRIEND, DIAJHANAE WILLIAMS, TAYLOR SINGLETON AND DAVANTE SNOWDEN; | § § § § § § § § § § § § § § § | SA-18-CV-01117-JKP |
| *Plaintiffs,* | § § | |
| vs. | § | |
| CITY OF SAN ANTONIO, TEXAS, STEVE CASANOVA, SAN ANTONIO POLICE OFFICER; | § § § § | |
| *Defendants.* | § § | |

## THIRD AMENDED SCHEDULING ORDER

Before the Court in the above-styled cause of action is the parties' Joint Motion to Extend Scheduling Order Deadlines [#56]. This is the parties' third request to amend the Scheduling Order. However, the proposed extensions will not cause significant delay in the resolution of this case, and the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Extend Scheduling Order Deadlines [#56] is **GRANTED**.

**IT IS FURTHER ORDERED** that this Amended Scheduling Order is issued to control the remaining course of this case:

1

1. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by June 19, 2020. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by July 17, 2020. All designations of rebuttal experts shall be designated within 15 days of receipt of the report of the opposing expert.

2. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

3. The parties shall complete all discovery on or before August 20, 2020. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

4. All dispositive motions as defined in Local Rule CV-7(c) shall be filed no later than September 18, 2020. Dispositive motions as and responses to dispositive motions shall be limited to 20 pages in length. Replies, if any, shall be limited to 10 pages in length in accordance with Local Rule CV-7(f).

5. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e)-(g) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

**IT IS SO ORDERED.**

SIGNED this 12th day of March, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE