IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA SLACK, INDIVIDUALLY AND AS THE SURVIVING MOTHER OF CHARLES ROUNDTREE, JR.; TAYLOR SINGLETON, BERNICE ROUNDTREE, AND AS REPRESENTATIVE OF THE ESTATE OF CHARLES ROUNDTREE, JR. AND ALL STATUTORY BENEFICIARIES; AND DAVANTE SNOWDEN, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CITY OF SAN ANTONIO, TEXAS, STEVE CASANOVA, SAN ANTONIO POLICE OFFICER, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § | SA-18-CV-01117-JKP |

### ORDER SETTING VIDEO HEARING

Before the Court in the above-styled cause of action is Plaintiffs' Motion to Compel Discovery Responses from Defendants Steve Casanova and the City of San Antonio [#134], which was filed on May 21, 2021. The Court is of the opinion the motion should be set for a hearing.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion [#134] is set for a videoconference hearing via Zoom at **1:30 p.m.** on **June 10, 2021**. All parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

1

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them.  Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS FURTHER ORDERED** that the parties confer about the issues raised in Plaintiffs' motion and **file a joint advisory via CM/ECF no later than June 8, 2021** that indicates which issues, if any, remain in dispute after their conference.  For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

**IT IS SO ORDERED.**

SIGNED this 24th day of May, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE