IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA SLACK, INDIVIDUALLY AND AS THE SURVIVING MOTHER OF CHARLES ROUNDTREE, JR.; TAYLOR SINGLETON, BERNICE ROUNDTREE, AND AS REPRESENTATIVE OF THE ESTATE OF CHARLES ROUNDTREE, JR. AND ALL STATUTORY BENEFICIARIES; AND DAVANTE SNOWDEN, <br><br>*Plaintiffs,* <br><br> vs. <br><br> CITY OF SAN ANTONIO, TEXAS, STEVE CASANOVA, SAN ANTONIO POLICE OFFICER; <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § | SA-18-CV-01117-JKP |

## **ORDER GRANTING EXTENSION OF TIME AND TO SHOW CAUSE**

Before the Court in the above-styled cause of action is Plaintiffs' Second Motion to Extend Deadline to Respond to Defendant Steve Casanova's Motion for Summary Judgment and Request for Expedited Consideration [#160]. By their motion, Plaintiffs inform the Court that to date Defendant Steve Casanova has not provided Plaintiff with the phone number and carrier information associated with the cell phone in his possession on the night of the incident underlying this suit. On June 14, 2021, the Court ordered Officer Casanova to produce this information to Plaintiffs and to cooperate with Plaintiffs to execute an authorization permitting disclosure of the records that can be presented to the carrier. Due to Officer Casanova's failure to comply with the Court's Order, Plaintiff requests an additional four weeks to respond to Casanova's motion for summary judgment, in order to provide ample time to obtain these records that the Court has already determined are discoverable.

1

Plaintiffs attempted to confer with Officer Casanova on the motion for extension of time, but Casanova did not respond. The Court will therefore grant the motion for extension of time, order Casanova to produce the cell phone number and carrier information, as well as an authorization permitting disclosure of the records, and to show cause why Casanova failed to do timely do so.

**IT IS THEREFORE ORDERED** that Plaintiffs' Second Motion to Extend Deadline to Respond to Defendant Steve Casanova's Motion for Summary Judgment and Request for Expedited Consideration [#160] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Steve Casanova provide Plaintiffs with the cell phone number and carrier information associated with the cell phone in Casanova's possession on October 17, 2018, and an authorization permitting disclosure of the records directed to the cell phone carrier on or before **June 28, 2021**.

**IT IS FURTHER ORDERED** that Defendant Steve Casanova **SHOW CAUSE** as to why he failed to comply with the Court's Order dated June 14, 2021, on or before **June 30, 2021**.

**IT IS FINALLY ORDERED** that Plaintiff's response to Defendant Steve Casanova's Motion for Summary Judgment [#143] is due on or before **July 27, 2021**.

SIGNED this 25th day of June, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE