# EXHIBIT A

Dr. Peters' Deposition No. 2 Lists everything he reviewed up through date of his deposition. Items in yellow are what he had at the time he wrote his report.









| Name | Date modified | Type | Size |
|---|---|---|---|
| > o-sa_archives (\\192.168.2.27) (O:) | | | |
| > R-ADMIN (\\sa-fs1) (R:) | | | |
| > z-aus (\\192.168.100.24) (Z:) | | | |
| > Network | | | |
| Taylor Singleton sworn statement by Det. Hines | 12/11/2020 12:10 PM | Adobe Acrobat D... | 513 KB |
| Taylor Singleton's Responses and Objections to Defendant Casanova's First Request for Production | 10/8/2020 8:35 PM | Adobe Acrobat D... | 728 KB |
| Taylor Singleton's Responses to Defendant Casanova's First Set of Interrogatories (1) | 10/8/2020 8:35 PM | Adobe Acrobat D... | 509 KB |
| Taylor Singleton's Responses to Defendant Casanova's First Set of Interrogatories | 10/8/2020 8:34 PM | Adobe Acrobat D... | 509 KB |
| Tiffany Lozano (no prints found) | 12/11/2020 12:10 PM | Adobe Acrobat D... | 1,685 KB |
| Trace Evidence Report | 12/11/2020 12:08 PM | Adobe Acrobat D... | 604 KB |
| Work Permits COSA001739-COSA001746 | 12/11/2020 12:09 PM | Adobe Acrobat D... | 803 KB |

126 items   1 item selected 512 KB