IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BERNICE ROUNDTREE, Individually and on behalf of the Estate of CHARLES ROUNDTREE, JR. and the Statutory Beneficiaries; TAYLOR SINGLETON; and DEVONTE SNOWDEN, *Plaintiffs*, | § § § § § § § § § § § § § | |
| v. | | No. SA-18-CV-01117-JKP |
| CITY OF SAN ANTONIO, TEXAS; and STEVE CASANOVA, *Defendants*, | | |

## ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. JOHN G. PETERS

Came on to be heard Defendant Steve Casanova's Motion to Exclude or Limit Expert Opinions of Dr. John G. Peters. After reviewing the motion, response, the legal authority presented, and any exhibits, and after considering the Court's file as a whole and having considered the arguments of respective counsel, the Court finds that the motion has merit and should be GRANTED.

IT IS THEREFORE, ORDERED, that Dr. John Peters' opinions are excluded in their entirety.

SIGNED on this ___ day of _____ 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE