**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BERNICE ROUNDTREE, Individually** | § | |
| **And on behalf of the Estate of CHARLES** | § | |
| **ROUNDTREE, JR. and the Statutory** | § | |
| **Beneficiaries; TAYLOR SINGLETON;** | § | |
| **And DEVONTE SNOWDEN,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:18-CV-1117-JKP** |
| **CITY OF SAN ANTONIO, TEXAS** | § | |
| **AND STEVE CASANOVA** | § | |
| *Defendants.* | § | |

**ORDER**

CAME on to be heard Defendant City of San Antonio's Motion to Exclude or Limit Expert Opinions of Dr. John G. Peters. After reviewing the motion, response, the legal authority presented, and any exhibits, and upon consideration of the Court's file as a whole and having considered the arguments of respective counsel, the Court finds that the motion has merit, and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Dr. John G. Peters' opinions are excluded in their entirety.

SIGNED this _____ day of _____ 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE