IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BERNICE ROUNDTREE, Individually and on behalf of the Estate of CHARLES ROUNDTREE, JR. and the Statutory Beneficiaries, TAYLOR SINGLETON and DAVANTE SNOWDEN,<br>*Plaintiffs*, | § § § § § § § | |
| v. | § | CIVIL ACTION NO. SA-18-CV-01117-JKP |
| THE CITY OF SAN ANTONIO, TEXAS and STEVE CASANOVA,<br>*Defendants*. | § § § § § | |

## JOINT ADVISORY REGARDING OCTOBER 23, 2025 HEARING

TO THE HONORABLE ELIZABETH S. ("BETSY") CHESTNEY, UNITED STATES MAGISTRATE JUDGE:

Pursuant to this Court's October 14, 2025 Order Setting Video Hearing (Dkt. 263), the parties, Plaintiffs Bernice Roundtree, individually and on behalf of the estate of Charles Roundtree and the statutory beneficiaries, Taylor Singleton, and Davonte Snowden, Defendants Steve Casanova and the City of San Antonio file this Joint Advisory regarding the upcoming, October 23, 2025 hearing in this case.

**I.      Introduction.**

This Court's October 14, 2025 set the following motions for hearing: (1) Defendant Casanova's Motion to Exclude or Limit Opinions of Dr. John G. Peters (Dkt. 239); (2) Defendant City of San Antonio's Motion to Strike Plaintiffs' Expert Witness, Dr. John Peters (Dkt. 240); and (3) Plaintiffs' Motion for Spoliation Instruction (Dkt. 257). In doing so, the Court also asked the parties to confer regarding the issues raised in those motions

and advise the Court, no later than October 20, 2025, "if any issues have been narrowed or resolved so that the Court can efficiently prepare for the hearing." (Dkt. 263 at 2). The parties have conferred and jointly advise the Court as follows:

II. **Defendants' motions to strike or limit the testimony of Plaintiffs' expert, Dr. John Peters.**

    A. **Casanova's motion to exclude or limit opinions.**

The parties could not resolve any issues related to this motion.

    B. **The City's motion to strike.**

*Opinion 1.* As stated in Plaintiffs' response to the City's motion, Dr. Peter's first opinion, criticizing the facial content of the City's use of force policy (Dkt. 246-1 at 5, 6-8), is moot in light of the Court's summary judgment ruling that the City policy is not facially unconstitutional. (Dkt. 246 at 3). Thus, Dr. Peters will not be offering this opinion at trial.

III. **Plaintiffs' Motion for Spoliation Instruction.**

The parties could not resolve any issues related to this motion.

Respectfully submitted,

By: */s/ Thad D. Spalding*
   **Daryl K. Washington**
   State Bar No. 24013714
   dwashington@dwashlawfirm.com
   **Washington Law Firm, PC**
   325 N. St. Paul St., Suite 3950
   Dallas, Texas 75201
   Telephone: (214) 880-4883
   Facsimile: (214) 751-6685

   and

   **Thad D. Spalding**
   State Bar No. 00791708
   tspalding@dpslawgroup.com
   **Shelby J. White**
   State Bar No. 24084086
   swhite@dpslawgroup.com
   **Durham, Pittard & Spalding, LLP**
   P.O. Box 224626
   Dallas, Texas 75222
   Telephone: (214) 946-8000
   Facsimile: (214) 946-8433
**ATTORNEYS FOR PLAINTIFFS**

By: */s/ Patrick C. Bernal (by permission)*
   PATRICK C. BERNAL
   State Bar No. 02208750
   ADOLFO RUIZ
   State Bar No. 17385600
   **Denton Navarro Rodriguez Bernal Santee & Zech, A Professional Corporation**
   2517 North Main Avenue
   San Antonio, Texas 78212
   Telephone:  (210) 227-3243
   Facsimile:   (210) 225-4481
   pbernal@rampagelaw.com
   aruiz@rampagelaw.com
**COUNSEL FOR DEFENDANT, STEVE CASANOVA**

By: */s/ Mark Kosanovich (by permission)*
   Mark Kosanovich
   SBN: 00788754
   mk@fitzkoslaw.com
   Fitzpatrick & Kosanovich, P.C.
   P.O. Box 831121
   San Antonio, Texas 78283-1121
   (210) 408-6793
   (210) 408-6797 – Facsimile

   and

   N. Mark Ralls
   State Bar No. #############
   mralls@hdr-law.com
   Hoblit Darling Ralls Hern Hernandez & Hudlow, LLP
   6243 IH-10 West, Suite 601
   San Antonio, Texas 78201
**ATTORNEYS FOR DEFENDANT, CITY OF SAN ANTONIO**

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 20, 2025,** I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means:

Patrick C. Bernal, pbernal@rampagelaw.com
Adolfo Ruiz, aruiz@rampagelaw.com
Lowell F. Denton, lfdenton@rampagelaw.com
DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
***Attorneys for Defendant Steve Casanova***

N. Mark Ralls, mralls@hdr-law.com
HOBLIT DARLING RALLS HERN HERNANDEZ & HUDLOW, LLP
6243 IH-10 West, Suite 601
San Antonio, Texas 78201

and

Mark Kosanovich, mk@fitzkoslaw.com
FITZPATRICK & KOSANOVICH, PC
P.O. Box 831121
San Antonio, Texas 78283-1121
***Attorneys for Defendant, The City of San Antonio***

*/s/ Thad D. Spalding*
**Thad D. Spalding**