**DNRBS·Z**
Denton Navarro Rodriguez Bernal Santee & Zech, P.C.
attorneys & counselors at law • rampagelaw.com

San Antonio | Rio Grande Valley | Austin | Texas Gulf Coast
2517 N. Main Avenue | San Antonio, Texas 78212-4685
O 210-227-3243 | F 210-225-4481

December 10, 2025

Clerk of the Court            **VIA E-NOTIFICATION**
U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

Re:     *Patricia Slack, et al. v. The City of San Antonio, Texas, et al.*
        No. 5:18-CV-1117 (USDC Western District, San Antonio Division)

Dear Clerk of the Court:

I will be on vacation and unavailable beginning February 18, 2026 through April 7, 2026 and July 2, 2026 through July 20, 2026. As a matter of professional courtesy, I request that no hearings be set during these times or immediately thereafter. I further request that no motions, pleadings, or other instruments be filed or served which require a response to be filed during this period or immediately thereafter. Additionally, please avoid scheduling anything of significance during the last couple of days prior to the inception of my vacation.

I am copying counsel and notifying them of this request. I hereby request that counsel contact my office about any scheduling issues resulting from this notice that need to be addressed.

Should you have any questions, please do not hesitate to contact me. Thank you in advance for your professional courtesy in this matter.

       Very truly yours,

       Denton Navarro Rodriguez Bernal Santee & Zech
       A Professional Corporation

       LOWELL F. DENTON
       State Bar No. 05764700
       lfdenton@rampagelaw.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify and attest that on this 10th day of December 2025 all parties in interest listed below have received a true and correct copy of the foregoing as indicated or by **electronic mail from the Clerk of the Court.**

| | |
|---|---|
| Daryl K. Washington<br>Washington Law Firm, P.C.<br>325 N. St. Paul Street, Suite 3950<br>Dallas, Texas 75201 | **VIA E-FILE NOTIFICATION** |
| Thad D. Spalding<br>Shelby J. White<br>Durham, Pittard & Spalding, LLP<br>P.O. Box 224626<br>Dallas, Texas 75222 | **VIA E-FILE NOTIFICATION** |
| Mark Kosanovich<br>Fitzpatrick & Kosanovich<br>P.O. Box 831121<br>San Antonio, Texas 78283-1121 | **VIA E-FILE NOTIFICATION** |
| N. Mark Ralls<br>Hoblit Darling Ralls Hern Hernandez & Hudlow, LLP<br>6243 IH-10 West, Suite 601<br>San Antonio, Texas 78201 | **VIA E-FILE NOTIFICATION** |

 

_____
LOWELL F. DENTON