**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BERNICE ROUNDTREE, Individually And on behalf of the Estate of CHARLES ROUNDTREE, JR. and the Statutory Beneficiaries; TAYLOR SINGLETON; AND DAVANTE SNOWDEN** | § | |
| ***Plaintiffs,*** | § | |
| **v.** | § | **CASE NO. SA-18-CV-1117-JKP** |
| **CITY OF SAN ANTONIO, TEXAS AND STEVE CASANOVA** | § | |
| ***Defendants.*** | § | |

**DEFENDANT CASANOVA'S SEVENTH AMENDED TRIAL EXHIBIT LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant STEVE CASANOVA ("Defendant" or "Casanova") and files this his Seventh Amended Exhibit List pursuant to Local Rules of the United States District Court for the Western District of Texas CV-16(f)(4) and submits the same to the Court as follows. The City may present enlargements, blow-ups, or projections of any exhibit listed.

**1.** The following is a list of exhibits that the City will offer:

| Exhibit No. | NAME OF DOCUMENTS | ADMIT | DENY | MODIFY |
|---|---|---|---|---|
| D-1 | Redacted video clip from Steve Casanova's Body Worn Camera | | | |
| D-1A | Still picture from Steve Casanova's Body Worn Camera | | | |
| D-1B | Still picture from Steve Casanova's Body Worn Camera | | | |

| Exhibit No. | NAME OF DOCUMENTS | ADMIT | DENY | MODIFY |
|---|---|---|---|---|
| D-1C | Still picture from Steve Casanova's Body Worn Camera | | | |
| D-1D | REPLACED—SEE EXHIBIT D-1 | | | |
| D-1E | REPLACED—SEE EXHIBIT D-1 | | | |
| D-1F | REPLACED—SEE EXHIBIT D-1 | | | |
| D-1G | REPLACED—SEE EXHIBIT D-1 | | | |
| D-2 | Redacted video clip from James Panah's Body Worn Camera | | | |
| D-2A | Still picture from James Panah's Body Worn Camera | | | |
| D-2B | Still picture from James Panah's Body Worn Camera | | | |
| D-2C | Still picture from James Panah's Body Worn Camera | | | |
| D-2D | Still picture from James Panah's Body Worn Camera | | | |
| D-3 | Video clip from Alexander Garza's Body Worn Camera | | | |
| D-4 | Video clip from Alejandro Balderas' Body Worn Camera | | | |
| D-5 | Video clip from Christopher Connelly's Body Worn Camera | | | |
| D-6 | WITHDRAW | | | |
| D-7 | Video clip from Orlando Tolento's Body Worn Camera | | | |
| D-8 | Redacted Incident Detail Report October 17, 2018 [COSA 001859-001872] | | | |

| Exhibit No. | NAME OF DOCUMENTS | ADMIT | DENY | MODIFY |
|---|---|---|---|---|
| D-9 | WITHDRAW | | | |
| D-10 | Redacted SAPD Crime Scene Search Report by Angela Salvatierra October 17, 2018 [COSA 001992-001996] | | | |
| D-11 | WITHDRAW | | | |
| D-12 | WITHDRAW | | | |
| D-13 | WITHDRAW | | | |
| D-14 | Photos—Davante Snowden [COSA 003435; 003003-003004; 004130] | | | |
| D-14A | Photos—Outside House [COSA 003036-003037; 003045-003047; 003055-003056; 003058] | | | |
| D-14B | Photos—Shell Casings [COSA 003048-003054] | | | |
| D-14C | Photos—Bullet Holes [COSA 003060-003063; 003328] | | | |
| D-14D | WITHDRAW | | | |
| D-14E | Photos—Inside House [COSA 003097-003100; 003120; 003123; 003133; 003140; 003155-003156; 003181; 003185-003187; 003325-003326] | | | |
| D-14F | Photos—Charles Roundtree [COSA 003389-003390] | | | |
| D-15 | WITHDRAW | | | |
| D-16 | WITHDRAW | | | |
| D-16A | WITHDRAW | | | |

| Exhibit No. | NAME OF DOCUMENTS | ADMIT | DENY | MODIFY |
|---|---|---|---|---|
| D-17 | Plaintiff Bernice Roundtree's Responses to Defendant Steve Casanova's Interrogatories | | | |
| D-18 | Plaintiff Taylor Singleton's Responses to Defendant Steve Casanova's Interrogatories | | | |
| D-19 | Plaintiff Davante Snowden's Responses to Defendant Steve Casanova's Interrogatories | | | |
| **TRAINING** | | | | |
| J-20 | Steve Casanova TCOLE and SAPD In-service Training Reports [COSA 001762 – 001771] | | | |
| J-21 | Force Options BPOC Lesson July 2011 [COSA 004760-004806] | | | |
| D-22 | 2014 Patrol In-Service Schedule [COSA 004807] | | | |
| D-23 | 2015 Patrol In-Service Schedule [COSA 004808] | | | |
| D-24 | 2016 Patrol In-Service Schedule [COSA 004809-004810] | | | |
| D-25 | 2017 Patrol In-Service Schedule [COSA 004811] | | | |
| D-26 | WITHDRAW—DUPLICATE | | | |
| J-27 | 2015 Lesson Plan—No/Low Light Tactics [COSA 004850-004859] | | | |
| D-28 | WITHDRAW—DUPLICATE | | | |
| D-29 | WITHDRAW—DUPLICATE | | | |

| Exhibit No. | NAME OF DOCUMENTS | ADMIT | DENY | MODIFY |
|---|---|---|---|---|
| J-30 | 2016 Lesson Plan—Firearms<br>[COSA 004883-004899] | | | |
| J-31 | 2017 Lesson Plan—In Service Shooting<br>[COSA 004900-004923] | | | |
| D-32 | WITHDRAW—DUPLICATE | | | |
| J-33 | 2018 Lesson Plan In Service Low Light Shooting<br>[COSA 004937-004959] | | | |
| **POLICIES:** | | | | |
| J-34 | City of San Antonio Police Department Policy 501 – Use of Force policy in effect at time of incident<br>[COSA 000302-000312] | | | |
| **EXPERTS:** | | | | |
| D-35 | Albert Ortiz CV<br>FOR THE COURT ONLY<br>[DEFT CASANOVA 00015-00016] | | | |
| D-36 | Albert Ortiz Report and Supplement<br>FOR THE COURT ONLY<br>[DEFT CASANOVA 00017-00029; 01376-01382] | | | |
| D-37 | Digvijay (VJ) Tanwar CV<br>FOR THE COURT ONLY<br>[DEFT CASANOVA 00130-00133] | | | |
| D-38 | Chris Cuellar, A.A.S. CV<br>FOR THE COURT ONLY<br>[DEFT CASANOVA 00134-00136] | | | |
| D-39 | Digvijay (VJ) Tanwar and Chris Cuellar's Report and Supplemental Report<br>FOR THE COURT ONLY | | | |

| Exhibit No. | NAME OF DOCUMENTS | ADMIT | DENY | MODIFY |
|---|---|---|---|---|
| D-40 | Digvijay (VJ) Tanwar Enhanced Clip of James Panah's Body Worn Camera recording | | | |
| D-41 | Digvijay (VJ) Tanwar Enhanced Frame by Frame of James Panah's Body Worn Camera recording | | | |
| D-42 | Digvijay (VJ) Tanwar Enhanced Clip of Steve Casanova's Body Worn Camera recording | | | |
| D-43 | Digvijay (VJ) Tanwar Enhanced Frame by Frame of Steve Casanova's Body Worn Camera recording | | | |
| D-43A | Digvijay (VJ) Tanwar Body Worn Camera Still | | | |
| D-43B | Digvijay (VJ) Tanwar Body Worn Camera Still | | | |
| D-43C | Digvijay (VJ) Tanwar Body Worn Camera Still | | | |
| D-43D | Digvijay (VJ) Tanwar Body Worn Camera Still | | | |
| D-44 | Digvijay (VJ) Tanwar Enhanced Inverted Clip of Steve Casanova's Body Worn Camera recording | | | |
| D-45 | Chris Cuellar Enhanced Audio Clip of Steve Casanova's Body Worn Camera recording | | | |
| D-46 | Digvijay (VJ) Tanwar Enhanced Inverted, Slow Motion Clip of Steve Casanova's Body Worn Camera recording | | | |
| D-47 | Digvijay (VJ) Tanwar Enhanced, Inverted Frame by Frame of Steve Casanova's Body Worn Camera recording | | | |

| Exhibit No. | NAME OF DOCUMENTS | ADMIT | DENY | MODIFY |
| --- | --- | --- | --- | --- |
| D-48 | Stan V. Smith CV<br>FOR THE COURT ONLY | | | |
| D-49 | Stan V. Smith Report [Davante Snowden]<br>FOR THE COURT ONLY | | | |
| D-50 | Stan V. Smith Report [Charles Roundtree, Jr.]<br>FOR THE COURT ONLY | | | |
| D-51 | John G. Peters, Jr. CV<br>FOR THE COURT ONLY | | | |
| D-52 | John G. Peters, Jr. Report<br>FOR THE COURT ONLY | | | |
| D-53 | Myrna V. Dartson, Ph.D. CV<br>FOR THE COURT ONLY | | | |
| D-54 | Myrna V. Dartson, Ph.D. Report [Taylor Singleton]<br>FOR THE COURT ONLY | | | |
| D-55 | Myrna V. Dartson, Ph.D. Report [Davante Snowden] | | | |

2. Exhibits that may be offered subject to the Court's ruling on the Defendant's Motion in Limine and that will be used for impeachment purposes only.

| | | | | |
| --- | --- | --- | --- | --- |
| D-56 | Video clips of Davante Snowden's SAPD interview<br>October 24, 2018 | | | |
| D-57 | Supplementary Report by Det. Juan Espinoza #2528<br>October 17, 2018<br>[COSA 001842] | | | |
| D-58 | Statement of Taylor Singleton<br>October 17, 2018<br>[COSA 002132-002133] | | | |

| Exhibit No. | NAME OF DOCUMENTS | ADMIT | DENY | MODIFY |
|---|---|---|---|---|
| D-59 | Davante Snowden<br>Re-deposition and/or Deposition of Written Questions and attached exhibits | | | |
| D-60 | Top of the Line Barber College [Davante Snowden]—Redacted<br>Deposition on Written Questions | | | |
| D-61 | City of Dallas City District Attorney's Office [Davante Snowden]—Redacted<br>Deposition on Written Questions<br>Case No. F2076875—Aggravated Robbery | | | |
| D-62 | WITHDRAW | | | |
| D-63 | WITHDRAW | | | |
| D-64 | WITHDRAW | | | |
| D-65 | Map of street area<br>DEMONSTRATIVE EXHIBIT | | | |
| D-66 | Timeline<br>DEMONSTRATIVE EXHIBIT | | | |

| Exhibit No. | NAME OF DOCUMENTS | ADMIT | DENY | MODIFY |
|---|---|---|---|---|

Respectfully submitted,

DENTON NAVARRO RODRIGUEZ BERNAL
SANTEE & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
Telephone: (210) 227-3243
Facsimile: (210) 225-4481
pbernal@rampagelaw.com
lfdenton@rampagelaw.com
aruiz@rampagelaw.com
lwhanson@rampagelaw.com

By: ***/s/ Lowell F. Denton***
PATRICK C. BERNAL
State Bar No. 02208750
LOWELL F. DENTON
State Bar No. 05764700
ADOLFO RUIZ
State Bar No. 17385600
LORI W. HANSON
State Bar No. 21128500
COUNSEL FOR DEFENDANT
CASANOVA

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify and attest that a true and correct copy of the foregoing as indicated has been filed with the Court via CM/ECF has been forwarded on this 17th day of August 2026, by electronic delivery via CM/ECF to all counsel of record.

***/s/ Lowell F. Denton***
LOWELL F. Denton